1186

No. 12–8264. FURLOW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8271. HOSKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8272. HOLIDAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8279. MOUNTS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–8291. RIVERA-MORENO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–8294. CASTANEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10630. DURONIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10768. DURONIO v. WERLINGER, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–371. CHAPPELL, WARDEN v. THOMAS. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 12–527. MCCRAY ET AL. v. FIDELITY NATIONAL TITLE INSURANCE CO. ET AL. C. A. 3d Cir. Motion of Public Citizen, Inc., for leave to file brief as amicus curiae granted. Certiorari denied.

No. 12–644. MARIANI v. RANSMEIER ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–653. MCLEOD ET AL. v. PB INVESTMENT CORP. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.